FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)                    Case Number **03–49053–KCF**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of District of New Jersey

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/2/03.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Patrick J ONeil
300 Third Ave, Room 2
Bradley Beach, NJ 07720–0000

| | |
|---|---|
| Social Security Number(s)/Taxpayer ID(s):<br>xxx–xx–4150 ( Patrick J ONeil ) | United States Bankruptcy Judge:<br>Honorable Kathryn C. Ferguson |
| Attorney for Debtor(s) (name and address):<br>Anna C. Little<br>97 Navesink Avenue<br>PO Box 382<br>Highlands, NJ 07732<br>Telephone number:  732–708–1309 | Trustee:<br>Daniel E. Straffi, Trustee<br>670 Commons Way<br>Building I<br>Toms River, NJ 08755<br>Telephone number:  (732) 341–3800<br>The United States Trustee, Region 3 appoints the above_named individual as interim trustee as of the date of the filing of the bankruptcy petition. |

## Meeting of Creditors:

Date:  **December 30, 2003**                    Time:  **03:00 PM**
Location:  **Clarkson S. Fisher Federal Courthouse, Room 129, 402 East State St., Trenton, NJ 08608–1507**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**3/1/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>402 East State Street<br>Trenton, NJ 08608<br>Telephone number: 609–989–2200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
| Business Hours:<br>8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | Date:  12/4/03 |

# EXPLANATIONS

FORM B9A (12/03)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

## –– Refer to Other Side for Important Deadlines and Notices ––

**Undeliverable Notices.** Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

**Case information – telephone access.** Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1–877–239–2547. This service is free of charge and is available 24 hours a day.

**Case information – electronic access.** Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1–800–676–6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

**Internet access.** Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0312-3          User: mweldon              Page 1 of 1          Date Rcvd: Dec 04, 2003
Case: 03-49053               Form ID: b9a               Total Served: 32
```

```
The following entities were served by first class mail on Dec 06, 2003.
db     +Patrick J ONeil,    300 Third Ave, Room 2,    Bradley Beach, NJ  07720-1264
aty     Anna C. Little,    97 Navesink Avenue,    PO Box 382,    Highlands, NJ  07732
tr      Daniel E. Straffi, Trustee,    670 Commons Way,    Toms River, NJ  08755
smg     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg     United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
          Newark, NJ  07102
505578892  American Express,    PO Box 5207,    Ft Lauderdale, FL 33310-5207
505578891 +American Express,    PO Box 7863,    Ft Lauderdale, FL 33329
505578893  American Express,    US Payment Florida,    2965 W Corporate Lakes Blvd,    Weston, FL 33331-3626
505578876  Budget,    6 Newman Springs Road,    Red Bank, NJ 07701
505578887  CCS Ocean, Inc,    PO Box 729,    Red Bank, NJ 07701
505578890  Center State Collections Co In,    PO Box 18876,    Newark, NJ 07191-8876
505578883  Central Jersey Pulmonary Medic,    PO Box 284,    Wickatunk, NJ 07765-0284
505578875  Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117
505578900  Cynthia Capello,    PO Box 1251,    Granby, CO 80446
505578886  Emergency Medical Associates,    PO Box 717,    Livingston, NJ 07039
505578899  Enterprise Rental Car,    73 Main Street,    Eatontown, NJ 07724
505578901  John J Verdon, Jr, MD, PA,    535 Sycamore Avenue,    Shrewsbury, NJ 07702
505578881  Keystone Financial Services,    PO Box 730,    Allenwood, NJ 08720-0730
505578882  Meridian Health System,    PO Box 397,    Neptune, NJ 07754-0397
505578879  Monmouth County Probation,    Monument Park,    Freehold, NJ 07728
505578884  Red Bank Radiologists, PA,    PO Box 476,    Red Bank, NJ 07701-0476
505578879  Riverview Medical Center MBH,    PO Box 34020,    Newark, NJ 07189
505578878  Silver Hill Hospital,    208 Valley Road,    New Canaan, CT 06840
505578889  Sovereign Bank,    PO Box 12646,    Reading, PA 19612
505578888  St Barnabas Health Care System,    Monmouth Medical Center,    PO Box 903,    Oceanport, NJ 07757-0903
505578885  Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
505578896  Victoria's Secret Customer Svc,    PO Box 182128,    Columbus, OH 43218-2128

The following entities were served by electronic transmission on Dec 05, 2003 and receipt of the transmission
was confirmed on:
505578897  EDI: FIRSTUSA.COM Dec 05 2003 09:31:00    Bank One,    PO Box 8650,    Wilmington, DE 19899-8650
505578895  EDI: CAPITALONE.COM Dec 05 2003 09:30:00    Capital One Services,    PO Box 85015,
          Richmond, VA 23285-5015
505578894 +EDI: CAPITALONE.COM Dec 05 2003 09:30:00    Capital One Services Inc,    1957 Westmoreland Road,
          Richmond, VA 23276-0001
505578880  E-mail: mrdiscen@discoverfinancial.com Dec 05 2003 09:35:11    Discover Financial Services In,
          PO Box 3008,    New Albany, OH 43054-3008
505578877  E-mail: mrdiscen@discoverfinancial.com Dec 05 2003 09:35:11    Discover Platinum,    PO Box 15192,
          Wilmington, DE 19850-5192
                                                                                         TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2003**                    **Signature:**      *Joseph Speetjens*