UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re: **Patrick O'NEIL**

Debtor(s)

Case no.: **03-49053**

Chapter: **7**

Judge: **Kathryn C. Ferguson**

Caption of Pleading being filed: **O'NEIL Petition (ch 7 voluntary)**

## CERTIFICATION OF NON COMPLIANCE
## REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, ( **Anna C. Little, Esq.** ), HEREBY CERTIFY that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check applicable provisions):

✓ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

___ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

___ (c) I have been trained but not yet certified as a CM/ECF Participant; or

___ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____
_____
_____ ; and

___ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

**12/6/2003**
Date

Signature of Attorney

FILED
JAMES J. WALDRON, CLERK
DEC 10 2003
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY _____ DEPUTY