Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

| | |
|---|---|
| In Re: | Patrick J ONeil |
| SSN: | xxx–xx–4150 |
| EIN: | |
| ADDRESS: | 300 Third Ave, Room 2<br>Bradley Beach, NJ<br>07720–0000 |

                                                    Case No:   03–49053–KCF
                                                    Chapter:   7
                                                      Judge:   Kathryn C. Ferguson

                          Debtor(s)

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Discharged .

Dated: <u>March 8, 2004</u>                                                  <u>Kathryn C. Ferguson</u>
                                                                            Judge, United States Bankruptcy Court